### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF SOUTH DAKOTA
### NORTHERN DIVISION

| | | |
|---|---|---|
| SUPER 8 WORLDWIDE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No.  1:08-cv-01008-CBK |
| VIP ASSOCIATES, INC., CHANDRAKANT | ) | |
| PATEL, NATWARBHAI PATEL, and | ) | |
| JAGDISH PATEL., | ) | |
| | | |
| Defendants. | | |

## DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff Super 8 Worldwide, Inc., by and through attorneys of record, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and stipulates to the dismissal *with prejudice* of the above captioned case, each party to bear his or its own attorneys' fees and costs.  Defendants have had the opportunity to discuss their rights with their attorney, Hitesh Bhakta, Law Offices of Norman Filer, and agree to the stipulation.

ARMSTRONG TEASDALE LLP

BY: /s/ Teresa Cauwels_____
    Teresa Cauwels     SD#  3466
    Dione C. Greene    MO#58781
    2345 Grand Boulevard, Suite 2000
    Kansas City, Missouri 64108-2617
    (816) 221-3420
    (816) 221-0786 (facsimile)

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys for Plaintiff, hereby certifies on this 28th day of

January, 2009, I caused the following document:

- Dismissal With Prejudice

to be filed electronically with the Clerk of Court through ECF, and that a copy sent via regular

U.S. Mail will be sent to the following:

VIP ASSOCIATES, INC.
16055 Caputo Dr., Suite F
Morgan Hill, CA 95037

CHANDRAKANT PATEL
25660 Boots Rd.
Monterey, CA 93940

NATWARBHAI V. PATEL
23710 Spectacular Bid Lane
Monterey, CA 93940

And

JAGDISH PATEL
23710 Spectacular Bid Lane
Monterey, CA 93940

/s/ Teresa Cauwels
Attorney for Plaintiff

2